

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

February 27, 2024

**VIA ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Senior v. Performance Designed Products, LLC*
Case No. 1:24-cv-00254-LGS

Dear Judge Schofield:

I represent the defendant in this matter. I write with the consent of Plaintiff's counsel to notify the Court of a settlement in principle between the parties and to request that all deadlines, including the telephonic conference currently scheduled for March 6, 2024 (Dkt. No. 6) and the due date for defendant's answer, currently due April 8, 2024 (Dkt. No. 8), be suspended *sine die*. The parties intend to finalize the settlement and submit a proposed consent decree within the next 30 days. Thank you for your attention to this matter.

Respectfully,

*Peter T. Shapiro*

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD & SMITH LLP

PTS:lg

cc:   All Counsel of Record (via ECF)